EDWARD A. CHESNEY v. McCULLOCH CORPORATION.

October 24, 1983.

Petition for certification denied.

STATE IN THE INTEREST OF D.G.

October 24, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH B. HEBDEN.

October 24, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. STEVEN JOHNSON.

October 24, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. LEAMING JOHNSTON.

October 24, 1983.

Petition for certification denied.